# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE, | CASE NO. 1:08-cv-00426-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE FOLLOWING SCREENING BY COURT |
| v. | |
| M. WITCHER, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Paul Antoine ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Witcher, Meadors, Avalos, Amos, Boyer, and Perez ("defendants") removed this action from Kern County Superior Court on March 24, 2008. In conjunction with their notice of removal, defendants move for a thirty-day extension of time to respond to the complaint, commencing once the complaint has been screened by the court pursuant to 28 U.S.C. § 1915A.

Good cause having been found, it is HEREBY ORDERED that:

1. Defendants' request for an extension of time to respond to the complaint is GRANTED; and

///
///
///
///
///

1

2.  Defendants are relieved of their obligation to respond to the complaint until directed to do so by the court, at which time defendants will be provided with thirty days to respond.[1]

IT IS SO ORDERED.

**Dated:    March 28, 2008**                              /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The court has a large number of cases pending before it and will screen the complaint in due course.

2