IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTOINE, | 1:08-cv-00426-LJO-SMS (PC) |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
|     vs. | |
| M. WITCHER, et al., | (DOCUMENT #9) |
|     Defendants. | THIRTY-DAY DEADLINE |
| _____/ | |

On October 20, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order within which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   October 28, 2008**            /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE